IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| MELVIN WALKER, JR. | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 5:15-cv-168 (MTT) |
| GOT'CHA TOWING & RECOVERY, LLC, and GO CREDIT, LLC | ) |
| Defendants. | ) |

## ORDER

Plaintiff's motion to remand is **DENIED**. *Justice Cometh, Ltd. v. Lambert*, 426 F.3d 1342 (11th Cir. 2005).

**SO ORDERED**, this 9th day of September, 2015.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT