## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION

| | |
|---|---|
| **MELVIN WALKER, JR.** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  CIVIL ACTION NO. 5:15-cv-168 (MTT) |
| | ) |
| **GOT'CHA TOWING & RECOVERY, LLC, and GFC LENDING, LLC** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

## ORDER

The complaint asserts a claim for damages because of a violation of the automatic stay imposed by filing for bankruptcy. (Doc. 1-1). Such claims are based on 11 U.S.C. § 362(k) (describing damages that may be recovered for a "willful violation" of the automatic stay). There is a general referral order in this District stating that "any and all cases under title 11 and any or all proceedings arising under title 11 or arising in or related to a case under title 11 are referred to the bankruptcy judges for this district." 2012-01 Order of Reference – Title 11 Bankruptcy Referrals, General Orders | Middle District of Georgia | Untied States District Court, http://www.gamd.uscourts.gov/court-info/local-rules-and-orders/general-orders. This case falls squarely within that order. Therefore, because this claim arises under Title 11, this matter is **REFERRED** to the bankruptcy court to be decided as part of the plaintiff's ongoing bankruptcy, case number 14-51982, pursuant to the general referral order.

**SO ORDERED**, this 14th day of January, 2016.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT